WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:   (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine McConville,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>Reactrix Systems Disability Plan,<br>Standard Insurance Company,<br><br>　　　　　　Defendants. | Case No.:  3:10-cv-02653 EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>No hearing set or required. |

  Counsel for the parties, Plaintiff Catherine McConville and Defendant Standard Insurance Company ("Standard"), jointly and respectfully submit this Stipulation and Order for Dismissal with Prejudice of this entire action, following settlement of this matter on terms that are confidential.

  Initially, Plaintiff has previously dismissed without prejudice Defendant Reactrix Systems Disability Plan (the "Plan").  Plaintiff now agrees that her prior dismissal of the Plan is converted to a dismissal with prejudice and that she shall never institute any action in any forum against the Plan.

Further, the parties hereto, by and through their respective undersigned counsel, stipulate to the dismissal of this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear her or its own costs, expenses and attorney fees. The parties further stipulate that this Court shall retain continuing jurisdiction over any dispute arising out of the settlement of this matter. *The parties add that there is no dispute currently and none is anticipated.*

Local Civil Rule 7-12, Stipulations, provides:

Every stipulation requesting judicial action must be in writing signed by all affected parties or their counsel. A proposed form of order may be submitted with the stipulation and may consist of an endorsement on the stipulation of the words, "PURSUANT TO STIPULATION, IT IS SO ORDERED," with spaces designated for the date and the signature of the Judge.

--
--
--
--
--
--
--
--
--
--
--
--
--
--
--
--

Pursuant to their settlement and the terms of Local Rule 7-12, the parties respectfully request that the Court enter the Order that follows.

So Stipulated:

Dated: November 5, 2010

        s/Sam Ware
SAM WARE # 105005
700 Larkspur Landing Circle, #199
Larkspur, CA 94939
Telephone: (415) 464 4872
Facsimile: (415) 532 2412
Email: sam@samware.us

Attorney for Plaintiff
CATHERINE McCONVILLE

So Stipulated:

Dated: November 5, 2010

s/Warren H. Nelson, Jr.
WARREN H. NELSON, JR. 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 269 4212
Facsimile: (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

SIGNATURE ATTESTATION

    Pursuant to General Order No. 45 § XB, I, Warren H. Nelson, Jr., the e filer of this document, attest that concurrence in the filing of this document has been obtained from the other signatory shown above, Sam Ware, Esq, who is a registered "e filer" with this Court.

Dated: November 5, 2010

s/Warren H. Nelson, Jr.
WARREN H. NELSON, JR. # 104744

--

PURSUANT TO STIPULATION, IT IS ORDERED THAT THE ENTIRE ACTION NOW PENDING BEFORE THE COURT IS DISMISSED WITH

PREJUDICE, EACH PARTY TO BEAR HER OR ITS OWN RESPECTIVE ATTORNEY FEES AND COSTS.

Dated: November 5, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE,
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT